UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

IT IS SO ORDERED.

*s/Jeffrey J. Helmick*
JEFFREY J. HELMICK
U.S. DISTRICT JUDGE

Susan M. Sharko (SS 6192)
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000
Attorneys for Defendants

Dated: 12/19/2024

ANDREW R. SHERWIN,

    Plaintiff,

v.

DePUY ORTHOPAEDICS, INC., ET AL.,

    Defendants.

MDL DOCKET NO. 2197

Case No. 1:22-dp-20026-JJH

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

It is hereby stipulated and agreed that plaintiff Andrew R. Sherwin dismisses all claims in this matter with prejudice as against all defendants. All parties shall bear their own costs.

Counsel certify that the assessment required by MDL CMO 13 and agreement of the Plaintiffs' Liaison Counsel and Plaintiffs' Steering Committee has been withheld and deposited into the Common Benefit Fund.

MORRIS LAW FIRM
Attorneys for Plaintiff

By: _____
    James A. Morris

Dated: 12/3/2024

FAEGRE DRINKER BIDDLE & REATH LLP
Attorneys for Defendants

By: _____
    Susan M. Sharko

Dated: 12/18/2024